IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTONE LEON TAYLOR                                                                    PLAINTIFF

VS.                              Civil No. 1:13-cv-1004

DOUG WOOD; DAVID NORWOOD;
DETECTIVE MOORE; DEANNA
FRIENDS; LT. JAMES BOLTON;
JAILER ANDREW TOLLEFSON;
JAILER DENNIS ROBINSON; and
DETECTIVE VOSS                                                                         DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed December 23, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 57).  Judge Bryant recommends that Defendants' Motions for Summary Judgment (ECF Nos. 45 & 47) be granted and that Plaintiff's Amended Complaint (ECF No. 4) be dismissed with prejudice.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Defendants' Motions for Summary Judgment (ECF Nos. 45 & 47) are hereby **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge